```
FILED          ____ RECEIVED
ENTERED        ____ SERVED ON
               COUNSEL/PARTIES OF RECORD

NOV 18 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  WRIGHT, FINLAY & ZAK, LLP
   Christina V. Miller Esq.
2  Nevada Bar No. 12448
   Krista J. Nielson, Esq.
3  Nevada Bar No. 10698
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   knielson@wrightlegal.net
6  *Attorneys for Defendants, Ocwen Loan Servicing, LLC, U.S. National Bank Association, as*
7  *Trustee for Lehman XS Trust Mortgage Pass-Through Certificate Series 2006-12N, Mortgage Electronic Registration Systems, Inc., and CIT Bank, N.A. (formerly known as OneWest Bank,*
8  *N.A.)*

9                          **UNITIED STATES DISTRICT COURT**
10                              **CLARK COUNTY, NEVADA**

11  JERRY GREENWOOD and GINA                    Case No.: 3:16-cv-00527-RCJ-VPC
    GREENWOOD,
12
                                                 *ORDER*
13            Plaintiffs,
    vs.
14                                               **MOTION TO WITHDRAW NATALIE C.**
                                                 **LEHMAN, ESQ. AS ATTORNEY OF**
15  OCWEN LOAN SERVICING, LLC, a                 **RECORD**
    Delaware Limited Liability Company;
16  ONEWEST BANK, FSB, a Federal Savings
    Bank; STRUCTURED ASSET SECURITIES
17  CORPORATION, a Foreign Corporation;
    U.S. NATIONAL BANK ASSOCIATION, as
18  Trustee for Lehman XS Trust Mortgage Pass-
    Through Certificate Series 2006-12N;
19  MORTGAGE ELECTRONIC
20  REGISTRATION SYSTEMS, INC., a
    Delaware Corporation; and DOES 1-50,
21
22            Defendants.

23

24       KRISTA J. NIELSON, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby

25  requests that Natalie C. Lehman, Esq. be withdrawn as counsel of record in the above-referenced

26  matter. Natalie C. Lehman, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of

27  August 28, 2018, and no longer represents Defendants, Ocwen Loan Servicing, LLC, U.S.

28  National Bank Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificate

Page 1 of 2

Series 2006-12N, Mortgage Electronic Registration Systems, Inc., and CIT Bank, N.A. (formerly known as OneWest Bank, N.A.).

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Defendants, Ocwen Loan Servicing, LLC, U.S. National Bank Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificate Series 2006-12N, Mortgage Electronic Registration Systems, Inc., and CIT Bank, N.A. (formerly known as OneWest Bank, N.A.). For the reason that Ms. Lehman is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Natalie C. Lehman, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this 29th day of August, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson, Esq.*
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Defendants*

## ORDER

IT IS HEREBY ORDERED that the Motion to Withdraw Natalie C. Lehman, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this day of __11/18__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE